UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JONATHAN DAVIDOFF,
                Plaintiff,

v.

REYNOLDS LAW GROUP LLC, et al.,
                Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 6549 (VB)

    The Court has been advised that the parties have settled this case. (Doc. #16). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than November 22, 2021. To be clear, any application to restore the action must be filed by November 22, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

    The Clerk is instructed to close this case.

Dated: October 21, 2021
       White Plains, NY

                                            SO ORDERED:

                                            _____
                                            Vincent L. Briccetti
                                            United States District Judge